# FALL SESSIONS,

## 1901.

———•———

JAMES E. HEAVALOW and GERTRUDE HEAVALOW, d. b., *vs.* CHARLES A. CONNER, p. b.

*Certiorari—Justice of Peace; Record of; Exceptions to—Summons a Part of the Record—Forthwith Summons—Entry of Judgment; When Made—Practice.*

The record of the Justice showed that the return of a forthwith summons was on the twenty-first of the month, but the summons itself, which is a part of the record, showed that the return was on the twenty-second, the day the judgment was rendered by default. *Held* that the judgment should not be reversed.

(*October 18, 1901.*)

LORE, C. J., and GRUBB and PENNEWILL, J. J., sitting.

*Charles F. Richards* for plaintiffs in error.

*Andrew J. Lynch* and *Charles W. Cullen* for defendant in error.

Superior Court, Sussex County, October Term, 1901.

CERTIORARI to Charles T. Purnell, a Justice of the Peace in and for Sussex County (No. 35, October Term, 1901).

The record showed that the summons was issued on the twenty-first of August, 1901, made returnable forthwith, that the return was made on the twenty-first of August, 1901, and that judgment was rendered by the said Justice, by default, on the twenty-second of August, 1901.

The following exceptions were filed:

*First.* For that it does not appear from the said record that the said Justice rendered said judgment on the day upon which the summons was returnable.

*Second.* For that the said defendants were summoned on the twenty-first day of August, 1901, to appear before said Justice forthwith and judgment by default was rendered on another and a different day from the one upon which the said defendants were required to appear.

LORE, C. J.:—The record shows that the summons was issued returnable on the twenty-first, but the summons itself, which is a part of the record, shows that the return was on the twenty-second.

The judgment below is affirmed.